

ORDERED in the Southern District of Florida on December 14, 2011.

_Robert A. Mark_
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

MIGUEL ANGEL VALVERDE,            Case No. 11-37510-RAM
IVON VALVERDE

    Debtors.            Chapter 13
_____/

### ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY

THIS CASE CAME on before the Court on December 13, 2011, upon the Motion to Lift Automatic Stay [Docket No. 24] filed by STATE FARM BANK, F.S.B. (hereinafter "Creditor"). The Creditor filed an Affidavit of Indebtedness supporting its Motion. The Court reviewed the Motion, together with the record, and finds that cause exists for the relief sought, and the Motion should be granted. It is therefore

ORDERED, ADJUDGED AND DECREED that the Motion to Lift Automatic Stay filed by Creditor is GRANTED, and the stay under 11 U.S.C. Section 362 is modified to permit Creditor to repossess or otherwise enforce its security interest in the aforesaid property described as:

**2008 DODGE CHARGER, VIN: 2B3KA33G18H124254**

It is further

ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from the Automatic Stay be and is entered for the sole purpose of allowing Creditor to obtain an <u>in</u> <u>rem</u> judgment against the property, and the Creditor shall not seek or obtain an <u>in</u> <u>personam</u> judgment against the Debtors.   It is further

ORDERED, ADJUDGED AND DECREED that the 14 day stay period pursuant to Bankruptcy Rule 4001(a)(3) is waived, and Creditor may immediately enforce and implement this Order.

### 

Submitted by:

Dennis J. LeVine, Esq.
Attorney for STATE FARM BANK, F.S.B.
P.O. Box 707
 Tampa, FL 33601-0707
(813) 253-0777


(Attorney LeVine shall serve a copy of this Order on the Debtor; Debtor's Attorney and the Trustee and file a certificate of service with this Court)