**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-37510-RAM**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miguel Valverde                                   CO-DEBTOR: Ivon Valverde
Last Four Digits of SS# xxx-xx-2812                       Last Four Digits of SS# xxx-xx-2821

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $ 364.82      for months   1   to   60  ;
   B.   $_____   for months _____ to _____;
   C.   $_____   for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,500.00
                  Balance Due      $ 1,700.00   payable $ 141.67   month (Months   1   to   12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                    Arrearage on Petition Date $_____
Address _____        Arrears Payment  $_____/month (Months____ to ___)
        _____        Arrears Payment  $_____/month (Months____ to ___)
        _____        Regular Payment  $_____/month (Months____ to ___)

2. _____             Arrears Payment  $_____
   _____             Arrears Payment  $_____/month (Months____ to ___)
   _____             Regular Payment  $_____/month (Months____ to ___)
                                          Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank United<br>Loan No. xxxxx9555<br>Prop Add: 14551 SW 176th Terr<br>Miami, FL 33177 | Homestead Property<br>$120,949.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____      Total Due $_____
                                    Payable $_____/month (Months _____ to ___)

Unsecured Creditors: Pay $ 186.67  month (Months   1   to   12  ). Pay $328.34/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Seterus (Loan#xxxx5847) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 03/13/12