UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

MIGUEL VALVERDE AND                   Case No. 11-37510-RAM
IVON VALVERDE
   Debtors

_____/          Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>9th</u> day of April 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
      Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| BankUnited Financial Corporation, R.A.<br>Joseph J. Luzinkski<br>200 South Biscayne Boulevard, Suite 1818<br>Miami, FL 33131 | BankUnited Financial Corporation<br>c/o John A. Kanas, CEO<br>255 Alhambra Circle<br>Coral Gables, FL 33134 |
| Bank United<br>c/o Kahane & Associates, P.A.<br>Attn: Jason Weber, Esq.<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324 | Chase Mortgage now known as<br>Federal National Mortgage Association<br>c/o Popkin & Rosaler, P.A.<br>1701 West Hillsboro Boulevard<br>Suite 400<br>Deerfield Beach, FL 33442 |