

ORDERED in the Southern District of Florida on January 5, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

---

```
          UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA

                               PROCEEDINGS UNDER CHAPTER 13

IN RE:                         CASE NO.: 11-37510-BKC-RAM

MIGUEL ANGEL VALVERDE

IVON VALVERDE
         Debtor(s)
_____/
```

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the Court upon the Trustee's Objection(s) to Claim and Certification of No Response to the Objection(s), and based on the record, it is:

**ORDERED** that Trustee's Objection to Claim Number 24 filed by BANK OF THE WEST, is sustained and the claim is deemed stricken and disallowed except to the amounts already paid by the Trustee.

###